150 F.3d 1223
 Teresita Moral BORJA, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Respondent.
Tomas Tabisula BRIONES, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Respondent.
 No. 97-70272, 97-70321.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 24, 1998.
 
 ORDER
 HUG, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinions in Borja v. Immigration and Naturalization Service, 139 F.3d 1251 (9th Cir.1998) and Briones v. Immigration and Naturalization Service, 139 F.3d 1255 (9th Cir.1998) are withdrawn.
 
 
 2
 These cases are consolidated for rehearing en banc.